Gary Buterra WILLIAMS,
Plaintiff–Appellant,

v.

Mr. J. COLLINS, Unit Manager of A–Bldg; Lieutenant Greer, Bldg Supervisor of A–Bldg; M. Welch; George Hinkle; D. Crabtree; Harold Clarke, Defendants–Appellees.

No. 13–7869.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 28, 2014.

Gary Buterra Williams, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Collins*, No. 7:13–cv–00375–GEC–RSB, 2013 WL 5720765 (W.D.Va. Oct. 18, 2013). We dis-

pense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*